# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145222 & (70)

MICHAEL McGEE,
        Plaintiff,

v

THE CITY OF WARREN, a Municipal
Corporation, MAJOR CEMENT COMPANY,
INC., TONY ANTHONY, INC., and ANDERSON,
ECKSTEIN & WESTRICK, INC.,
        Defendants,
and

CITY OF WARREN,
        Defendant/Cross-Plaintiff-Appellant,

v

TONY ANTHONY, INC.,
        Defendant/Cross-Defendant-Appellee.

_____

SC:   145222
CoA:  296452
Macomb CC: 08-2139-NO

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2012

_____
Clerk